**Michele A. BEAN, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 01–3363.

United States Court of Appeals, Federal Circuit.

Dec. 10, 2001.

### ORDER

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.

**Clabon JONES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 01–7018.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2001.

### ORDER

The court sua sponte removes this case from the January 2002 argument calendar and treats the case as submitted to the panel for decision based on the briefs filed.

Appellant argues that a remand to the United States Court of Appeals for Veterans Claims ("CAVC") is appropriate in the light of the Veterans Claims Assistance Act of 2000, Pub.L. No. 106–475, 114 Stat. 2096. Appellee agrees, as do we.

IT IS ORDERED THAT:

The decision of the CAVC in this case is vacated and the case is remanded for further proceedings, as requested by Appellant.